[PHILADELPHIA, FEBRUARY 21, 1834.]

## DUNDAS *against* BLADEN.

Where a suit is commenced in this court by a writ returnable on the return day in *July*, the plaintiff cannot take out a rule of arbitration until after the first day of the following *December* term.

IN this suit, which was an action on the case brought in this court by *Alexander Dundass* to the use of *Alexander Dougherty* against *Martha Bladen*, the writ was returnable on the return day in *July*, 1833. The plaintiff on the fifth of *August*, 1833, took out a rule of arbitration, and on the twenty-eighth of the same month an award of arbitrators in his favour was filed for seven hundred and ninety-seven dollars, fifty-four cents. The defendant appealed, and afterwards, having filed an exception to the award, on the ground that the rule of arbitration was entered before the first day of the first term after the suit was commenced, moved the court on the first day of *December* term, 1833, to set aside the rule of arbitration, and all the proceedings under it.

*Chauncey* in support of the motion.

*F. E. Brewster, contra.*

PER CURIAM.—It is always safe to adhere to the plain words of a statute. To impute a speculative intent to the legislature in respect to cases that were probably not actually in their view, would lead to uncertainty, and in the end contrariety of decision. They have declared in positive terms that the plaintiff shall not refer without the defendant's consent before the ensuing term; and we see no reason to make the present case an exception.

Rule of reference and proceedings on it set aside.